```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 18-04034-RNO
Dawn E Siewert                                                             Chapter 7
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRadginsk            Page 1 of 4          Date Rcvd: Apr 19, 2019
                              Form ID: 318               Total Noticed: 149
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2019.

```
db             +Dawn E Siewert,    PO Box 24,    Lehighton, PA 18235-0024
aty            +William G. Schwab & Associates,     811 Blakeslee Blvd, Drive East,    PO Box 56,
                 Lehighton, PA 18235-0056
5111903         ACI,    35A Rust Ln.,    Boerne, TX 78006-8202
5111909        +Amex Department Store,     PO Box 8218,    Mason, OH 45040-8218
5111910         Asset Recovery Solutions, LLC,     2200 E. Devon Ave., Ste 200,    Des Plaines, IL 60018-4501
5111915        +Bank of America,    4909 Savarese Cir.,     Tampa, FL 33634-2413
5111913         Bank of America,    PO Box 31690,    Tampa, FL 33631-3690
5111920        +Bensing - Thomas Funeral Home, Inc.,     401 North 5th St.,    Stroudsburg, PA 18360-2475
5111921        +Bernadette Irace, Esq.,     Milstead & Associates, LLC,    1 E. Stow Rd.,   Marlton, NJ 08053-3118
5111922         Blatt, Hasenmiller, Leibsker & Moore,,     10 S. LaSalle St., Ste 2200,    Chicago, IL 60603-1069
5111923        +Blue Mountain Health Sys.,     211 N. 12th St.,    Lehighton, PA 18235-1138
5111924        +Borough of Palmerton,     443 Delaware Avenue,    Palmerton, PA 18071-1908
5111925        +Broad Mountain Emerg Phys, PLLC,     PO Box 37956,    Philadelphia, PA 19101-0556
5111926         Bureau of Individual Taxes,     PO Box 280604,    Harrisburg, PA 17128-0604
5111927        +Bureaus Investment Gr. Portfolio No 15,      650 Dundee Road, Ste. 370,
                 Northbrook, IL 60062-2757
5111934         CH Hospital of Allentown, LLC,     PO Box 826348,    Philadelphia, PA 19182-6348
5111941         CMS Medical Care Corp,     PO Box 251,    Jim Thorpe, PA 18229-0251
5111930        +Carbon County Sheriff's Office,     P.O. Box 147, 4 Broadway,    Jim Thorpe, PA 18229-0147
5111931        +Carbon County Tax Claim,     Courthouse Annex,    PO Box 37,    Jim Thorpe, PA 18229-0037
5111935        +Charles 'Bucky' Lindner,     14 Bailor Rd.,    Covington Twp., PA 18444-7812
5111936         Chase,    PO Box 469030,    Glendale, CO 80246-9030
5111937        +Chase Home Finance, LLC,     PO Box 24696,    Columbus, OH 43224-0696
5111938        +Cindie Bazur,    1220 S Main Rear No. 1,     Scranton, PA 18504-2917
5111942        +Coolbaugh Township,    Sewer Fund,    5520 Municipal Dr.,    Tobyhanna, PA 18466-7714
5139946        +Coollbaugh Township,    5520 Municipal Drive,     Tobyhanna, PA 18466-7714
5111943         County Waste,    PO Box 8010,    Clifton Park, NY 12065-8010
5111946        +Crown Asset Management, LLC,     3100 Breckinridge Blvd., Ste 725,    PO Box 599,
                 Duluth, GA 30096-0011
5111947        +D&A Services,    1400 E. Touhy Ave, Ste. G2,     Des Plaines, IL 60018-3338
5111954        +DJ Anthony D. Fluegel,     5560 Municipal Dr.,    Tobyhanna, PA 18466-7714
5111955        +DJ Tom Clair Creighton,     106 S. Walnut St.,    Slatington, PA 18080-2024
5111956        +DJ William J. Kissner,     401 Delaware Ave. 2nd,    Palmerton, PA 18071-1946
5111957        +DSP Health System,    230 Independence Rd.,     East Stroudsburg, PA 18301-9447
5111948        +Daina Torrey,    2523 Welshtown Rd.,    Slatington, PA 18080-3448
5111949        +Danielle Beers,    508 Center Ave.,    Jim Thorpe, PA 18229-1106
5111950        +Del Mar Recovery Solutions,     PO Box 131690,    Carlsbad, CA 92013-1690
5137692         Department Stores National Bank,     c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
5111952        +Diamond Credit Union,     1600 Medical Dr.,    Pottstown, PA 19464-3242
5111959        +ERC,   PO Box 57610,    Jacksonville, Fl 32241-7610
5111960         Express Scripts,    PO Box 67015,    Harrisburg, PA 17106-7015
5111961        +Fairmont,    561 Fairthorne Ave.,    Philadelphia, PA 19128-2412
5111962        +Federal National Mortgage Assoc.,     3900 Wisconsin Ave. NW,    Washington, DC 20016-2806
5111966         Fiserv,    PO Box 2168,    Columbus, OH 43216-2168
5111967         Ford Service Card,    PO Box 6403,    Sioux Falls, SD 57117-6403
5111968        +Ford Services/Citi CBNA,     PO Box 6497,    Sioux Falls, SD 57117-6497
5111969         Ford Services/Citi CBNA,     701 E. 60th St. N,    Sioux Falls, SD 57104-0432
5111970        +Gnaden Huetten Memorial Hospital,     211 N. Twelfth St.,    Lehighton, PA 18235-1195
5111972         Hamilton Law,    PO Box 90301,    Allentown, PA 18109-0301
5111973         Harley-Davidson Visa,     US Bank - Customer Service,    PO Box 6335,    Fargo, ND 58125-6335
5111975        +KML Law Group, PC,     BNY Mellon Independence Center,    701 Market St., Ste 5000,
                 Philadelphia, PA 19106-1541
5111976        +Law Offices of Robert A. Pinel, LLC,     1502 Center St., Ste 201,    Bethlehem, PA 18018-2507
5111977        +Lisa M. Nemeth, Tax Collector,     821 First St.,    Palmerton, PA 18071-1506
5128348        +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
5111982         M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
5111987        +M&T Bank Mortgages,    1 Fountain Plaza, 9th Fl.,     Buffalo, NY 14203-1420
5111994        +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
5111991         Manufactures & Traders Trust,     1 Manufacturers & Traders Plza M&T BC,    Buffalo, NY 14203
5111992        +Milstead & Associates, LLC,     Atty. Roger Fay,    1 E. Stow Rd.,   Marlton, NJ 08053-3118
5111995        +National Enterprise Systems,     2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
5111997         New Jersey Turnpike Authority,     PO Box 5042,    Woodbridge, NJ 07095-5042
5111998        +North Shore Agency,    270 Spagnoli Rd., Ste 110,     Melville, NY 11747-3515
5111999        +Northeast Collateral & Asset Rec. Group,      PO Box 456,    Tannersville, PA 18372-0456
5112000        +Northland Group, Inc.,     PO Box 390905,    Minneapolis, MN 55439-0905
5112002        +Ohl Fuel Oil,    400 Interchange Rd.,    Lehighton, PA 18235-9368
5112003        +PA Turnpike Commission,     Violation Processing Center,    8000C Derry St.,
                 Harrisburg, PA 17111-5287
5157750        +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
5112008        +PNC Bank, NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
5112009         PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
5112004        +Palmerton Borough,    443 Delaware Ave.,     Palmerton, PA 18071-1908
```

```
5112005      +Palmerton Community Ambulance Assoc.,   501 Delaware Ave,   Palmerton, PA 18071-1910
5133398      +Palmerton Community Ambulance Assoc.,   Hamliton Law Group,   PO Box 90301,
               Allentown PA 18109-0301
5112006      +Palmerton Hospital,   135 Lafayette Ave,   Palmerton, PA 18071-1596
5112007      +Patenaude & Felix, A.P.C.,   4545 Murphy Canyon Rd., 3rd Fl.,   San Diego, CA 92123-4363
5112010       Pressler & Pressler, LLP,   7 Entin Rd.,   Parsippany, NJ 07054-5020
5112011       Professional Acct. Mgt. LLC,   PO Box 430,   Milwaukee, WI 53201-0430
5133040       R.F. Ohl Fuel Oil, Inc.,   Law Offices of Robert A. Pinel, LLC,   1502 Center Street, Suite 201,
               Bethlehem, PA 18018-2507
5112013      +Radius Global Solutions, LLC,   9550 Regency Square Blvd., Ste 500A,
               Jacksonville, FL 32225-8169
5112015      +Robert A. Pinel, Esq.,   1502 Center St., Ste 201,   Bethlehem, PA 18018-2507
5133039       Robert A. Pinel, Esq.,   Law Offices of Robert A. Pinel, LLC,   1502 Center Street, Suite 201,
               Bethlehem, PA 18018-2507
5112017      #Seterus,   PO Box 1077,   Hartford, CT 06143-1077
5112018      +Seterus,   14523 SW Millikan Way St., Ste 200,   Beaverton, OR 97005-2352
5112019       Seterus, Inc.,   8501 IBM Dr., Bldg. 201,   Chalotte, NC 28262-4333
5112022      +St. Luke's Hospital - Palmerton Campus,   135 Lafayette Ave.,   Palmerton, PA 18071-1518
5112024      +Sundance Vacations, Inc.,   Corporate Office,   264 Highland Park Blvd.,
               Wilkes-Barre, PA 18702-6711
5112033      +Timothy Duncan,   Lehighton, PA 18235
5112034       Tri State Financial, Inc.,   PO Box 29352,   Phoenix, AZ 85038-9352
5112038       Yamaha - Capital One,   Retail Services,   PO Box 30257,   Salt Lake City, UT 84130-0257

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: wschwab@iq7technology.com Apr 19 2019 19:02:50     William G Schwab (Trustee),
               William G Schwab and Associates,   811 Blakeslee Blvd Drive East,   PO Box 56,
               Lehighton, PA 18235-0056
5111904      +E-mail/Text: amscbankruptcy@adt.com Apr 19 2019 19:02:49     ADT Security Services,
               3190 S. Vaughn Way,   Aurora, CO 80014-3512
5111911       EDI: CINGMIDLAND.COM Apr 19 2019 23:08:00      AT&T,   PO Box 10330,   Fort Wayne, IN 46851-0330
5111905       EDI: AFNIRECOVERY.COM Apr 19 2019 23:08:00      Afni, Inc.,   1310 Martin Luther King Dr.,
               PO Box 3517,   Bloomington, IL 61702-3517
5111907      +EDI: GMACFS.COM Apr 19 2019 23:08:00      Ally,   PO Box 380901,   Bloomington, MN 55438-0901
5111906       EDI: GMACFS.COM Apr 19 2019 23:08:00      Ally,   PO Box 380902,   Bloomington, MN 55438-0902
5111919      +E-mail/Text: bankruptcy@bbandt.com Apr 19 2019 19:02:34     BB&T,   PO Box 1704,
               Clemmons, NC 27012-1704
5130299      +E-mail/Text: bankruptcy@bbandt.com Apr 19 2019 19:02:34     BB&T Bankruptcy Section,
               100-50-01-51,   PO Box 1847,   Wilson, NC 27894-1847
5111912       EDI: BANKAMER.COM Apr 19 2019 23:08:00      Bank of America,   PO Box 31785,
               Tampa, FL 33631-3785
5111914       EDI: BANKAMER.COM Apr 19 2019 23:08:00      Bank of America,   PO Box 5170,
               Simi Valley, CA 93062-5170
5111916       EDI: TSYS2.COM Apr 19 2019 23:08:00      Barclaycard,   Card Services,   PO Box 8802,
               Wilmington, DE 19899-8802
5111917      +EDI: TSYS2.COM Apr 19 2019 23:08:00      Barclays Bank Delaware,   125 S. West St.,
               Wilmington, DE 19801-5014
5111918      +EDI: TSYS2.COM Apr 19 2019 23:08:00      Barclays Bank Delaware,   PO Box 8803,
               Wilmington, DE 19899-8803
5123734      +EDI: PRA.COM Apr 19 2019 23:08:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
5111933      +E-mail/Text: compliance@contractcallers.com Apr 19 2019 19:02:52     CCI Contract Callers, Inc.,
               501 Greene St.,   3rd Floor, Ste 302,   Augusta, GA 30901-4415
5111928       EDI: CAPITALONE.COM Apr 19 2019 23:08:00      Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
5111929      +EDI: CAPITALONE.COM Apr 19 2019 23:08:00      Capital One/Yamaha,   PO Box 30253,
               Salt Lake City, UT 84130-0253
5111939      +EDI: CITICORP.COM Apr 19 2019 23:08:00      Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
5138133      +EDI: CITICORP.COM Apr 19 2019 23:08:00      Citibank, N.A.,   Citibank, N.A.,
               701 East 60th Street North,   Sioux Falls, SD 57104-0493
5111940       EDI: CITICORP.COM Apr 19 2019 23:08:00      Citicards CBNA,   PO Box 6241,   lbs Cdv Disputes,
               Sioux Falls, SD 57117-6241
5111944      +E-mail/Text: bankruptcy@credencerm.com Apr 19 2019 19:02:48     Credence Resource Mgt., LLC,
               17000 Dallas Parkway, Ste 204,   Dallas, TX 75248-1940
5111945      +EDI: CCS.COM Apr 19 2019 23:08:00      Credit Collection Services,   725 Canton St.,
               Norwood, MA 02062-2679
5111953       EDI: DIRECTV.COM Apr 19 2019 23:08:00      DirecTV Customer Service,   Attn: Bankruptcy,
               PO Box 6550,   Greenwood Village, CO 80155-6550
5111951       EDI: IRS.COM Apr 19 2019 23:08:00      Department of Treasury,   Internal Revenue Service,
               AUR CORR 5-E08-113,   Philadelphia, PA 19255-0521
5155382       EDI: DIRECTV.COM Apr 19 2019 23:08:00      Directv, LLC,   by American InfoSource as agent,
               PO Box 5008,   Carol Stream, IL 60197-5008
5111965       E-mail/Text: bankruptcy@firstpointcollectionresources.com Apr 19 2019 19:02:45
               FirstPoint Collection Resources, Inc.,   225 Commerce Place,   PO Box 26140,
               Greensboro, NC 27402-6140
5111978       E-mail/Text: bankruptcyonlinefilings@logixbanking.com Apr 19 2019 19:02:40     Logix FCU,
               PO Box 6759,   Burbank, CA 91510-6759
5111979      +E-mail/Text: bankruptcyonlinefilings@logixbanking.com Apr 19 2019 19:02:40
               Logix Federal Credit Union,   2340 Hollywood Way,   Burbank, CA 91505-1124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5111980        EDI: RMSC.COM Apr 19 2019 23:08:00      Lowe's,   Synchrony Bank,    PO Box 965003,
               Orlando, FL 32896-5003
5111984        E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank,
               1 Fountain Plaza, 9th Fl.,   Buffalo, NY 14203
5111986        E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank,   499 Mitchell St.,
               Ms 501-34 Dorothy Davis,   Millsboro, DE 19966-9408
5111981        E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank,   PO Box 1345,
               Buffalo, NY 14240-1345
5111985        E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank,   PO Box 767,
               Buffalo, NY 14240
5111983        E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank,   PO Box 900,
               Millsboro, DE 19966
5111988       +E-mail/Text: camanagement@mtb.com Apr 19 2019 19:02:36      M&T Bank, NA,
               1 Fountain Plaza, 9th Fl.,   Buffalo, NY 14203-1495
5111989       +EDI: TSYS2.COM Apr 19 2019 23:08:00     Macy's,   PO Box 8097,   Mason, OH 45040-8097
5111990       +EDI: TSYS2.COM Apr 19 2019 23:08:00     Macy's Bankruptcy Processing,   PO Box 8053,
               Mason, OH 45040-8053
5111993        E-mail/Text: MKnitter@monroecountypa.gov Apr 19 2019 19:02:41
               Monroe County Tax Claim Bureau,   One Quaker Plaza, Ste 104,   Stroudsburg, PA 18360-2195
5112001       +E-mail/Text: Bankruptcies@nragroup.com Apr 19 2019 19:02:52     NRA Group, LLC,
               2491 Paxton St.,   Harrisburg, PA 17111-1036
5111996       +E-mail/Text: Bankruptcies@nragroup.com Apr 19 2019 19:02:52     National Recovery Agency,
               2491 Paxton St.,   Harrisburg, PA 17111-1036
5112451       +EDI: PRA.COM Apr 19 2019 23:08:00     PRA Receivables Management, LLC,   PO Box 41021,
               Norfolk, VA 23541-1021
5157868       +EDI: RESURGENT.COM Apr 19 2019 23:08:00      PYOD, LLC,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
5112012       +E-mail/Text: bankruptcynotices@pch.com Apr 19 2019 19:02:36      Publishers Clearing House,
               Customer Service,   101 Winners Circle,   Port Washington, NY 11050-2218
5117925        EDI: Q3G.COM Apr 19 2019 23:08:00     Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,
               PO Box 788,   Kirkland, WA 98083-0788
5112014        E-mail/Text: Supportservices@receivablesperformance.com Apr 19 2019 19:02:48
               Receivables Performance Management, LLC,   20816 44th Ave. W.,   Lynnwood, WA 98036-7744
5112016        EDI: SEARS.COM Apr 19 2019 23:08:00     Sears,   PO Box 6282,   Sioux Falls, SD 57117-6282
5112020        E-mail/Text: bankruptcy@bbandt.com Apr 19 2019 19:02:37      Sheffield,
               6010 Golding Center Dr.,   Winston-Salem, NC 27103-9815
5112021        E-mail/Text: bankruptcy@bbandt.com Apr 19 2019 19:02:37      Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
5112023       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Apr 19 2019 19:02:42
               State Farm Fire & Casualty Co.,   100 State Farm Pl.,   Ballston Spa, NY 12020-3722
5112025       +E-mail/Text: bankruptcy@superlativerm.com Apr 19 2019 19:02:50     Superlative RM,
               9355 E. Stockton Blvd., Ste 210,   Elk Grove, CA 95624-9528
5112027       +EDI: RMSC.COM Apr 19 2019 23:08:00     Syncb/Amazon,   PO Box 965015,   Orlando, FL 32896-5015
5112026       +EDI: RMSC.COM Apr 19 2019 23:08:00     Syncb/Amazon,   PO Box 965016,   Orlando, FL 32896-5016
5112028        EDI: RMSC.COM Apr 19 2019 23:08:00     Syncb/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
5112029        EDI: RMSC.COM Apr 19 2019 23:08:00     Syncb/Lowes,   PO Box 965036,   Orlando, FL 32896-5036
5112030        EDI: RMSC.COM Apr 19 2019 23:08:00     Syncb/Wal-Mart,   PO Box 965024,
               Orlando, FL 32896-5024
5112031        EDI: RMSC.COM Apr 19 2019 23:08:00     Synchrony Bank,   PO Box 965064,
               Orlando, FL 32896-5064
5157683       +EDI: RMSC.COM Apr 19 2019 23:08:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk VA 23541-1021
5112032        EDI: RMSC.COM Apr 19 2019 23:08:00     Synchrony Bank - Bankruptcy Dept.,   PO Box 965060,
               Orlando, FL 32896-5060
5119742        EDI: USBANKARS.COM Apr 19 2019 23:08:00      U.S. Bank National Association,
               Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
5112035        EDI: USBANKARS.COM Apr 19 2019 23:08:00      US Bank,   PO Box 108,   St. Louis, MO 63166-0108
5112036        EDI: USBANKARS.COM Apr 19 2019 23:08:00      US Bank RMS, CC,   PO Box 108,
               St. Louis, MO 63166
5111932        EDI: USBANKARS.COM Apr 19 2019 23:08:00      Cardmember Service,   PO Box 6339,
               Fargo, ND 58125-6339
5112037       +EDI: RMSC.COM Apr 19 2019 23:08:00     Walmart,   Synchrony Bank,   PO Box 965023,
               Orlando, FL 32896-5023
                                                                                              TOTAL: 63

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5111964         Fifth Third Bank
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5111974*        Internal Revenue Service,   PO Box 30309,   Memphis, TN 38130-0309
5111908       ##+Alpha Recovery Corp,   5660 Greenwood Plaza Blvd., Ste 101,   Greenwood Village, CO 80111-2417
5111958       ##+Eastern Revenue,   PO Box 185,   Southeastern, PA 19399-0185
5111963       ##+Ferry & Nicholas, Inc.,   Huntingdon Place Office Bld.,   One Braddock Rd., 2nd Fl.,
                Mt. Pleasant, PA 15666-1458
5111971       ##+Gratz Washenik, Tax Collector,   Coolbaugh Municipal Center,   5550 Municipal Dr.,
                Tobyhanna, PA 18466-7714
                                                                                  TOTALS: 1, * 2, ## 4
```

```
District/off: 0314-5          User: PRadginsk           Page 4 of 4            Date Rcvd: Apr 19, 2019
                              Form ID: 318              Total Noticed: 149
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2019 at the address(es) listed below:

```
              James    Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
              John   DiBernardino    on behalf of Debtor 1 Dawn E Siewert diberlaw@ptd.net
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dawn E Siewert** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−2079** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:18−bk−04034−RNO** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dawn E Siewert
aka Dawn Elizabeth Siewert, fka Dawn E Lopez

**By the court:**

4/19/19

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: PRadginsk, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

Case 5:18-bk-04034-RNO   Doc 26   Filed 04/21/19   Entered 04/22/19 00:31:44   Desc
Imaged Certificate of Notice   Page 5 of 6

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**